# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:23-CV-315-FDW-DCK

| | |
|---|---|
| SENECA LOWERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| HARDHAT WORKFORCE SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 9) notifying the Court that the parties reached a settlement on January 25, 2024. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 26, 2024**.

**SO ORDERED**.

Signed: January 26, 2024

David C. Keesler
United States Magistrate Judge